IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD EMMET LEE,**<br>**Individually and on behalf of all others similarly situated,**<br><br>                        **Plaintiff,**<br><br>      v.<br><br>**GREENE'S ENERGY GROUP, LLC,**<br><br>                        **Defendant.** | **No. 2:16-cv-00699**<br><br>**Magistrate Judge Lisa Pupo Lenihan** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Richard Emmet Lee, John Caldwell, Todd Caldwell, and Defendant, Greene's Energy Group, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, and the Clerk of Courts shall mark this matter as CLOSED;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action; and

3. This Court shall retain jurisdiction over settlement.

| | |
|---|---|
| December 20, 2016 | Respectfully submitted, |
| | |
| */s/ Clif Alexander* | */s/ Jennifer G. Betts* |
| Clif Alexander, Esq. | Jennifer G. Betts, Esq. |
| clif@a2xlaw.com | jennifer.betts@ogletreedeakins.com |
| | |
| Austin W. Anderson | Maria Greco Danaher, Esq. |
| austin@a2xlaw.com | maria.danaher@ogletreedeakins.com |
| | |
| Lauren E. Braddy | **Ogletree, Deakins, Nash, Smoak** |
| lauren@a2xlaw.com | **& Stewart, P.C.** |
| | One PPG Place, Suite 1900 |
| **ANDERSON2X, PLLC** | Pittsburgh, PA 15222 |
| 819 N. Upper Broadway | Telephone: (412) 394-3333 |
| Corpus Christi, Texas 78401 | |
| Telephone: (361) 452-1279 | *Attorneys for Defendant* |
| | |
| **BARKAN MEIZLISH HANDELMAN GOODIN DEROSE WENTZ, LLP** | |
| 250 E. Broad Street, 10th Floor | |
| Columbus, OH 43215 | |
| Telephone: (614) 221-4221 | |
| | |
| *Attorneys for Plaintiffs* | |